United States District Court
Northern District of New York

| | |
|---|---|
| REUBEN KING, | Case 5:21-cv-00311-FJS-DJS |
| *Plaintiff*, | Frederick J. Scullin, Jr. |
| | United States District Judge |
| v. | |
| | Daniel J. Stewart |
| KILOLO KIJAKAZI,[1] | United States Magistrate Judge |
| Acting Commissioner of the | |
| Social Security Administration | Stipulation – Document Filed Electronically |
| *Defendant*. | February 15, 2022 |

### Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Upon remand, Plaintiff will be given the opportunity for a de novo hearing and a new decision will be issued. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

Kilolo Kijakazi,  
By Her Attorneys

Reuben King,  
By His Attorney

Carla B. Freedman,  
United States Attorney

*/s/ Jessica Richards*  
Jessica Richards  
Special Assistant United States Attorney  
N.D.N.Y. Bar Roll No. 700996

*/s/ Howard D. Olinsky*[2]  
Howard D. Olinsky  
Olinsky Law Group  
Bar Number 102297

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

[2] Signed by Jessica Richards with permission via email on February 15, 2022.

| | |
|---|---|
| Social Security Administration<br>Office of the General Counsel<br>J.F.K. Federal Building, Room 625<br>Boston, MA 02203<br>(617) 565-1833<br>jessica.richards@ssa.gov | 250 South Clinton St.<br>Suite 210<br>Syracuse, NY 13202<br>(315) 701-5780<br>holinsky@windisability.com |

Date:  February 17, 2022          IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge